JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 744 -- IN RE DALLAS CORPORATION "JIFFLOX" PRODUCTS LIABILITY LITIGATION

| | | Pleading Description |
|---|---|---|
| 87/09/10 | 1 | MOTION, MEMORANDUM, EXHIBITS A,B,C,D,E,F,G, -- plaintiffs Kenneth Skaggs, et al., Jerry L. Miller, et al., ~~Pay~~ Nelson, *et al* ~~Tami~~ Salmons, and Steven Daniels, et al. -- SUGGESTED TRANSFEREE DISTRICT:  Ohio, S. SUGGESTED TRANSFEREE JUDGE: (rew) |
| 87/09/14 | 2 | LETTER -- Movant stating actual names of plaintiffs moving for transfer -- (paa) |
| 87/09/21 | | APPEARANCES -- **Stephen D. Winter, Esquire** for DALLAS CORPORATION F/K/A OVERHEAD DOOR CORPORATION; **Michael Garth Moore, Esquire** for STEVEN DANIELS, ET AL. (A-1) JERRY L. MILLER, ET AL. (A-2) ODELL NELSON, ET AL. (A-3) ESTEL SALMONS, ET AL. (A-4) KENNETH SKAGGS, ET AL. (A-5); **Samuel A. Scott, Esquire** for FREDERICK DRUCKENMILLER (A-6) FREDERICK MARSH (A-7); **James B. Mitchell, Jr., Esquire** for TERA SLAUGHTER, ET AL. (A-10) VIRGIL SAWYERS (A-11) |
| 87/09/25 | | APPEARANCE:  MARY A. PARKER, ESQ. for: Sammy and Martha Montgomery, Larry and Peggy Bray and Willie and Sherma Halpin -- (paa) |
| 87/09/25 | | APPEARANCE:  RICHARD M. CAGEN, ESQ. for:  Lewis Stepaniak -- (paa) |
| 87/09/28 | 3 | RESPONSE (to pldg. #1) -- Deft. Dallas Corporation -- W/Brief, Exhibits A & B and certificate of service.  (paa) |
| 87/09/30 | 4 | RESPONSE (to pldg. #1) -- Plaintiffs **Sawyers, Slaughter and Telfair** -- W/cert. of svc.  (paa) |
| 87/10/02 | 5 | RESPONSE (to pldg. #1) -- Plaintiffs Druckenmiller, Marsh, Kitchen -- w/cert. of svc. (tmq) |
| 87/10/05 | 6 | RESPONSE(to pldg. #1) -- Movants Kenneth and Sherry Skaggs -- w/cert. of svc (tmq) |
| 87/10/13 | | HEARING ORDER -- setting setting motion for tranfer for Panel hearing in Dallas, Texas on November 18, 1987  (cds) |

JPML FORM 1A                                                                    P. 2

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 744 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/10/15 | | CORRECTION ORDER -- Correcting Hearing Orer to reflect correct date of Nov. 18, 1987, Dallas, Texas. (rew) |
| 87/10/19 | 7 | NOTICE OF RELATED ACTION -- Ernie Lemon, et al. v. the Dallas Corporation, S.D. Ohio, C.A. No. C2-87-1222 -- filed by Michael Garth Moore, Esq. counsel for plft. -- w/Exhibit A and certificate of service.  (paa) |
| 87/10/26 | | APPEARANCES:  MARY A. PARKET, ESQ. for Larry & Peggy Bray; Willie & Sherma Halpin; Sammy & Martha Montgomery; Richard Overstreet; Robert & Janice Smith; Robert & Carolyn Snyder; Phillip & Jane Lowery; Larry Grady; Paul & Gloria McAbee. (tmq) |
| 87/11/17 | | HEARING APPEARANCES:  (For Hearing on 11/18/87 in Dallas, Texas) -- MICHAEL GARTH MOORE, ESQ. for Kenneth Skaggs, et al., Steven Daniels, et al., Jerry Miller, et al., Odell Nelson, et al., Estel Salmons, et al. and Ernie Lemon, et al.; STEPHEN D. WINTER, ESQ. for Dallas Corp. f/k/a Overhead Door Corp. AND MARY A. PARKER, ESQ. for Larry Bray, et al., Wilie Halpin, et la., Sammy, Montgomery, et al., Richard Overstreet, Robert Smith, et al., Robert Snyder, et al., Phillip Lowery, et al. and Paul McAbee, et al. (rh) |
| 87/12/07 | 8 | NOTICE OF RELATED ACTION -- Filed by Dallas Corp. -- Phillip E. Lowery, et al. v. Dallas Corp., D. Maryland, C.A. No. 87-2454 -- w/cert. of svc. (rh) |
| 87/12/09 | | CONSENT OF TRANSFEREE COURT -- For transferring of litigation to S.D. Ohio to Judge James L. Graham. (tmq) |
| 87/12/09 | | TRANSFER ORDER* -- Transferring A-6,7,9,10,11,12,13,and 14 to the S.D. Ohio -- Notified involved judges, clerks, misc. recipients and counsel. (tmq) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 744 -- In re Dallas Corporation "Jifflox" Products Liability Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/12/14 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-15 Good, et al. v. Dallas Corporation, et al., C.A. No. CIV-S-87-0428-RAR, E.D. California, B-16 Snyder, et al. v. Dallas Corporation, et al., C.A. No. 87-1053 CIV-T-13B, M.D. Florida, B-17 Lanham v. Dallas Corporation, et al., C.A. No. 87-2361-C, C.D. Illinois, B-18 Telfair, et al. v. Dallas Corporation, et al., C.A. No. IP-87-736-C, S.D. Indiana, B-19 Lowery, et al. v. Dallas Corporation, et al., C.A. No. JFM-87-2454, D. Maryland., B-20 Kitchen v. TODCO, et al., C.A. No. 87-3418, E.D. Pennsylvania, B-21 Smith, et al. v. Dallas Corporation, et al., C.A. No. 3-87-592, E.D. Tennessee, -- Notified involved counsel and judges. (tmq) |
| 87/12/29 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-22 James E. Shirkey v. Dallas Corporation, W.D. Virginia, C.A. No. 87-0220(H) -- Notified invovled counsel and judges (tmq) |
| 87/12/29 | 9 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in B-15 Richard L. Good, et al. v. Dallas Corporation, et al., E.D. California, C.A. No. CIV-S-87-0428-RAR -- with Declaration of Nancy Kirk -- Notified invovled counsel and jduge (rh) |
| 87/12/29 | 10 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by Intervenor plaintiff in B-15 Richard L. Good, et al. v. Dallas Corporation, et al., E.D. California, C.A. No. CIV-S-87-0428-RAR -- Notified invovled counsel and jduge (rh) |
| 87/12/30 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-16 Robert C. Snyder, et al. v. Dallas Corp., M.D. Florida, C.A. No. 87-1053-CIV-T-13B; B-17 Randall F. Lanham v. Dallas Corp., C.D. Illinois, C.A. No. 87-2361; B-18 Willie B. Telfair, et al. v. Dallas Corp., et al., S.D. Indiana, C.A. No. IP-87-736-C; B-19 Phillip E. Lowery, et al. v. Dallas Corp., D. Maryland, C.A. No. JEM-87-2454; B-20 Billy R. Kitchen v. TODCO, et al., E.D. Pennsylvania, C.A. No. 87-3418 and B-21 Robert C. Smith, et al. v. Dallas Corp., E.D. Tennessee, C.A. No. 3-87-592 -- Notified involved judges and clerks (rh) |

JPML-FORM 1A.

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 744 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 88/01/06 | | APPEARANCE:  ROSEMARY D. McGUIRE, ESQ. for Chester Setser, et al. (B-23) (rh) |
| 88/01/06 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-23 Chester Setser, et al. v. Dallas Corporation, et al. S.D. Illinois, C.A. No. 87-5250 and B-24 William Heer, et al. v. Dallas Corporation, N.D. Ohio, C.A. No. C 87-7779 -- Notified involved counsel and judges (rh) |
| 88/01/13 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-22 James E. Shirkey v. Dallas Corporation, W.D. Virginia, C.A. No. 87-0220(H) -- NOTIFIED INVOLVED JUDGES AND CLERKS.  (paa) |
| 88/01/21 | | ORDER LIFTING STAY OF CONDIITONAL TRANSFER ORDER -- B-15 Richard L. Good, et al. v. Dalla s Corporation, et al., E.D. Cal., #CIV-S-87-0428-RAR -- Notified involved judges, clerks and counsel (cds) |
| 88/01/22 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-23 Chester Setser, et al. v. Dallas Corporation, et al., S.D. Illinois, C.A. No. 87-5250 and B-24 William Heer, et al. v. Dallas Corporation, N.D. Ohio, C.A. No. C-87-7779 -- NOTIFIED INVOLVED JUDGES AND CLERKS.  (paa) |
| 88/02/08 | | CONDITIONAL TRANSFER ORDER FILED TODAY --  B-25 Dennis Bruscher v. Joseph J. Cunha, et al., D. Minn., 3-87-751 -- Notified involved Judges and counsel (cds) |
| 88/02/24 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-25 Dennis Bruscher v. Joseph J. Cunha, et al., D. Minnesota, C.A. No. 3-87-751 -- Notified involved judges and clerks (rh) |
| 88/02/24 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-26 **Larry Zink** v. Dallas Corporation, E.D. Pennsylvania, C.A. No. 87-8318 -- NOTIFIED INVOLVED JUDGES AND COUNSEL (paa) |
| 88/03/10 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-26 Larry Zink v. Dallas Corp., E.D. Pa., C.A. No. 87-8318 -- Notified involved judges and clerks (cds) |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __744__ -- __In re Dallas Corporation "Jifflox" Products Liability Litigation__

| Date | Pleading Description |
|------|----------------------|
| 88/03/11 | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-27 Thomas E. Matincheck v. The Dallas Corporation, etc., M.D. Pennsylvania, C.A. No. CV-87-1722 -- Notified involved counsel and judges (rh) |
| 88/03/29 | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-27 Thomas E. Matincheck v. The Dallas Corp., etc., M.D. Pa., #CV-87-1722 -- Notified involved judges and clerks  (cds) |
| 88/04/04 | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-30 Jimmy N. Arnette, et al. v. The Dallas Corporation, N.D. Ohio, C.A. No. C87-7809 and B-31 Andrew C. Dukes, et al. v. the Dallas Corporation, N.D. Ohio, C.A. No. C88-0513 --  Notified involved judges and counsel.  (paa) |
| 88/04/20 | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-30 Jimmy N. Arnette, et al. v. The Dallas Corporation, N.D. Ohio, C.A. No. C87-7809 and B-31 Andrew C. Dukes, et al. v. The Dallas Corporation, N.D. Ohio, C.A. No. C88-0513 -- Notified involved judges and clerks (rh) |
| 88/05/27 | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-32 Jerry Lee Thompson, et al. v. Dallas Corp., W.D. New York, C.A. No. CIV-88-0407C; C-33 Ralph McAdoo, et al. v. Dallas Corp., N.D. Ohio, C.A. No. C88-0411 and John H. Kuykindoll, et al. v. Overhead Door Corp. d/b/a Todco, et al., E.D. Pennsylvania, C.A. No. 88-2952 -- Notified involved counsel and judges (rh) |
| 88/06/14 | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-32 Jerry Lee Thompson, et al. v. Dallas Corporation, W.D. New York, C.A. No. CIV-88-0407C; C-33 Ralph McAdoo, et al. v. Dallas Corporation and C-34 John H. Kuykindoll, et al. v. Overhead Door Corp. d/b/a Todco, et al., E.D. Pennsylvania, C.A. No. 88-2952 -- Notified involved judges and clerks (rh) |
| 88/06/17 | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-35 William Oxner, et al. v. Dallas Corporation, E.D. Arkansas, C.A. No. B-C-88-19; C-36 Raymond McBride v. Dallas Corporation, C.D. California, C.A. No. SACV-88-0203 JSL(RWRx) and B-37 Dale Wasson, et al. v. Dallas Corporation, C.D. California, C.A. No. SACV-88-335 JSL(RWRx) -- Notified involved counsel and judges (rh) |

B-6

JPML FORM 1A.

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 744 -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 88/06/30 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-38 Paul J. Eavers, et al. v. The Dallas Corporation, S.D. New York, C.A. No. 88-CV-2055 -- Notified involved counsel and judges (rh) |
| 88/07/06 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-35 William Oxner, et al. v. Dallas Corporation, E.D. Arkansas, C.A. No. B-C-88-19; C-36 Raymond McBride v. Dallas Corporation, C.D. California, C.A. No. SACV-88-0203 JSL(RWRx) and C-37 Dale Wasson, et al. v. Dallas Corporation, C.D. California, C.A. No. SACV-88-335 JSL(RWRx) -- Notified involved judges and clerks (rh) |
| 88/07/13 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-39 Ronald Hamm, et al. v. Joseph J. Cunha, et al., D. Minnesota, C.A. No. CV-3-88-360 -- Notified involved counsel and judges. (ds) |
| 88/07/18 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-38 Paul J. Eavers, et al. v. The Dallas Corp., S.D.N.Y., C.A. No. 88-CV-2055 -- Notified involved clerks and judges (ds) |
| 88/07/18 | | CONDITIONAL TRANSFER FILED TODAY -- C-40 Leroy T. Rippeon, et al. v. The Dallas Corp., D. Md., C.A. No. JFM88-1204 -- Notified involved judges and counsel (ds) |
| 88/07/28 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-41 James Hamlet v. TODCO Division, etc., N.D. Georgia, C.A. No. 1-88-CV-1459 -- Notified involved counsel and judges. (ds) |
| 88/07/29 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-39 Ronald Hamm, et al. v. Joseph J. Cunha, et al., D. Minnesota, C.A. No. CV-3-88-360 -- Notified involved judges and clerks (rh) |
| 88/08/03 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-40 Leroy T. Rippeon, et al. v. Dallas Corporation, D. Maryland, C.A. No. JFM88-1204 -- Notified involved judges and clerks (cds) |
| 88/08/08 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-42 Carmine Scura, et al. v. TODCO, d/b/a Dallas Corporation, D.N.J., C.A. No. 88-2694 -- Notified involved counsel and judges (ds) |
| 88/08/16 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-41 James Hamlet v. TODCO Division, etc., N.D. Georgia, C.A. No. 1-88-CV-1459-RLV -- Notified involved judges and clerks (cds) |

JPML FORM 1A

P7

744        In re Dallas COrporation "Jifflox" Products Liability
           Litigation

88/08/24         CONDITIONAL TRANSFER ORDER FINAL TODAY -- DC-42 Carmine
                 Scura, et al. v. TODCO, d/b/a Dallas Corporation, D.N.J.,
                 C.A. No. 88-2694 -- Notified involved clerks and judges (ds)

88/08/26         CONDITIONAL TRANSFER ORDER FILED TODAY -- D-44 Anthony Lee
                 Huber, et al. v. Dallas Corporation, S.D. Indiana, C.A. No.
                 IP88-866-C -- Notified involved counsel and judges (rh)

88/08/30         CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-49 James D.
                 Kaehn v. Joseph J. Cunha, et al., D. Minn., C.A. No.
                 4-88-855; D-50 Gary Schuler, et al. v. Dallas Corp., Inc., et
                 al., D. Nev., C.A. No. CV-N-88-232-HDM -- Notified involved
                 counsel and judges. (ds)

88/09/13         CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-44 Anthony Lee
                 Huber, et al. v. Dallas Corp., S.D. Indiana, C.A. No.
                 IP88-866-C -- Notified involved clerks and judges.  (ds)

88/09/15         CONDITIONAL TRANSFER ORDERS FINAL TODAY -- D-49 James D.
                 Kaehn v. Joseph J. Cunha, et al., D. Minn., C.A. No.
                 4-88-584; D-50 Gary Schuler, et al. v. Dallas Corp., Inc.,
                 etc., D. Nevada, C.A. No. CV-N-8-232-HDM -- Notified involved
                 clerks and judges. (ds)

88/09/22         CONDITIONAL TRANSFER ORDER FILED TODAY -- D-51 Reece Miller,
                 et al. v. The Dallas Corporation, N.D. Ohio, C.A. No.
                 C-88-7532 -- Notified invovled counsel and judges (rh)

88/09/29         CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-52 Frank Deboth,
                 et al. v. Todco, Division of Dallas Corp., etc., W.D. New
                 York, C.A. No. CIV-88-0730C; D-53 Thomas J. Alford v. Todco,
                 Division of Dallas Corp., etc., W.D. New York, C.A. No.
                 CIV-88-0731E and D-54 Ray Mabey v. Todco, Division of Dallas
                 Corp., etc., W.D. New York, C.A. No. CIV-88-729C -- Notified
                 involved counsel and judges (rh)

88/10/11         CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-51 Reece Miller,
                 et al. v. The Dallas Corporation, N.D. Ohio, C.A. No.
                 C-88-7532 -- Notified involved judges and clerks (rh)

JPML FORM 1A.

P. 8

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 744 --  _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/10/17 | | CONDITIONAL TRANSFER ORDERS **FINAL** TODAY -- D-52 Frank Deboth, et al. v. Todco, Division of Dallas Corp., etc., W.D. New York, C.A. No. CIV-88-0730C; D-53 Thomas J. Alford v. Todco, Division of Dallas Corp., etc., W.D. New York, C.A. No. CIV-88-0731E and D-54 Ray Mabey v. Todco, Division of Dallas Corp., etc., W.D. New York, C.A. No. CIV-88-729C -- NOTIFIED INVOLVED JUDGES AND CLERKS  (cds) |
| 88/10/17 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-56 Alfredo M. Saldana, et al. v. Todco, etc., Dallas Corporation, D. Arizona, C.A. No. 88-CV-1156; D-57 Ward Casper v. Todco, etc., Dallas Corporation, D. Arizona, C.A. No. 88-CV-1243; and D-58 Ralph Carroll, et al. v. Dallas Corporation, etc., C.D. California, C.A. No. 88-3233TJH(GHKx) -- NOTIFIED INVOLVED JUDGES AND COUNSEL  (cds) |
| 88/11/03 | | CONDITIONAL TRANSFER ORDERS **FINAL** TODAY -- D-56 Alfredo M. Saldana, et al. v. Todco, etc., Dallas Corporation, D. Arizona, C.A. No. 88-CV-1156; D-57 Ward Casper v. Todco, etc., Dallas Corporation, D. Arizona, C.A. No. 88-CV-1243; and D-58 Ralph Carroll, et al. v. Dallas Corporation, etc., C.D. California, C.A. No. 88-3233TJH(GHKx) -- NOTIFIED INVOLVED JUDGES AND CLERKS  (cds) |
| 88/11/29 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-59 Marvin J. Faulk v. Dallas Corporation, M.D. Florida, C.A. No. 88-928-CIV-ORL-18 -- Notified involved counsel and judges (rh) |
| 88/12/05 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-60 Harold Wastler v. Dallas Corporation, C.D. California, C.A. No. SACV-88-501-JSL(RWRx) -- Notified involved counsel and judges (rh) |
| 88/12/08 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-61 Edwin R. Davidson, et al. v. Dallas Corporation, D. Maryland, C.A. No. R-88-2539 -- Notified involved counsel and judges (rh) |
| 88/12/13 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-62 George Williams, et al. v. The Dallas Corporation, E.D. Pennsylvania, C.A. No. 88-8483 -- Notified involved judges and counsel  (cds) |

P. 9

744

| | |
|---|---|
| 88/12/15 | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-59 Marvin J. Faulk v. Dallas Corporationj, M.D. Florida, C.A. No. 88-928-CIV-ORL-18 -- Notified involved clerks and judges. (ds) |
| 88/12/19 | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-63 William Oxner, et al. v. The Dallas Corporation, N.D. Ohio, C.A. No. C-88-7606 -- Notified involved counsel and judges (rh) |
| 88/12/21 | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-60 Harold Wastler v. Dallas Corporation, C.D. California, C.A. No. SACV-88-501-JSL(RWRx) -- Notified involved clerks and judges. (ds) |
| 88/12/27 | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-61 Edwin R. Davidson, et al. v. Dallas Corporation, D. Maryland, C.A. No. R-88-2539 -- Notified involved clerks and judges. (ds) |
| 88/12/29 | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-62 George Williams, et al. v. The Dallas Corporation, E.D. Pa., C.A. No. 88-8483 -- Notified involved clerks and judges. (ds) |
| 89/01/04 | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-63 William Oxner, et al. v. The Dallas Corporation, N.D. Ohio, C.A. No. C-88-7606 -- Notified involved clerks and judges. (ds) |
| 89/01/25 | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-64 Dwight Lampley, et al. v. The Dallas Corporation, M.D. North Carolina, C.A. No. C-88-1153-WS -- Notified involved counsel and judges. (ds) |
| 89/02/06 | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-65 Gregory William Schmidt, et al. v. Dallas Corporation, C.D. California, C.A. No. SACV-88-0523 JSL(RWRx); D-66 Shelton Green, et al. v. Dallas Corporation, C.D. California, C.A. No. SACV-88-0548 JSL(RWRx) -- Notified involved counsel and judges. (ds) |
| 89/02/09 | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-67 Bejamin Welch v. Dallas Corporation, N.D. California, C.A. No. C-88-4795-JPV (ARB) -- Notified involved counsel and judges. (ds) |
| 89/02/10 | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-64 Dwight Lampley, et al. v. The Dallas Corporation, M.D. North Carolina, C.A. No. C-88-1153-WS -- Notified involved judges and clerks (cds) |
| 89/02/22 | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- D-65 Gregory William Schmidt, et al. v. Dallas Corporation, C.D. California, C.A. No. SACV-88-0523 JSL (RWRx) and D-66 Shelton Green, et al. v. Dallas Corporation, C.D. California, C.A. No. SACV-88-0548 JSL (RWRx) -- Notified involved judges and clerks (cds) |

JPML FORM 1A

*p. 10*

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 744 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 89/02/22 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-68 Carl Graves V. Todco, et al., N.D. Illinois, C.A. No. 88-C-9877 -- Notified involved counsel and judges (rh) |
| 89/02/23 | 11 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by Plaintiff in D-67 Benjamin Welch v. Dallas Corporation, N.D. California, C.A. No. C-88-4795-JPV(ARB) -- Notified involved judges and counsel (cds) |
| 89/03/10 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-68 Carl Graves v. Todco, et al., N.D. Illinois, C.A. No. 88-C-9877 -- Notified involved judges and clerks (rh) |
| 89/03/13 | 12 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER w/Declaration of Abraham A. Flores from plaintiff Benjamin Welch w/cert. of svc. (rew) |
| 89/04/03 | 13 | RESPONSE TO PLDG. #12 -- Dallas Corporation -- w/cert. of svc. (rh) |
| 89/04/07 | | HEARING ORDER -- Setting opposition to transfer of D-67 for Panel Hearing on May 18, 1989 in Wash., D.C. (rh) |
| 89/04/17 | 14 | RESPONSE (to pldg. #12) -- Plaintiffs Lead and Liaison Counsel -- w/cert. of service (cds) |
| 89/04/24 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-70 Ervin Ray Gordon v. Dallas Corporation, S.D. Mississippi, C.A. No. E89-0011(L) -- Notified involved counsel and judges. (ds) |
| 89/05/10 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-70 Ervin Ray Gordon v. Dallas Corporation, S.D. Mississippi, C.A. No. E89-0011(L) -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |
| 89/05/18 | | WAIVERS OF ORAL ARGUMENT:  ALL WAIVED -- (Hearing on 5/18/89 in Wash., D.C.) (rh) |

JPML FORM 1A

B. 11

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 744 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 89/05/24 | | TRANSFER ORDER -- D-67 Benjamin Welch v. Dallas Corporation, N.D. California, C.A. No. C-88-4795-JPV (ARB) (action transfereed to S.D. Ohio) -- Notified involved judges, clerks and counsel (rh) |
| 89/05/30 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-75 **Boardman Hill v. Dallas Corporation, et al.,** C.D. Cal., C.A. No. 89-1679-TJH(GHKx) -- Notified involved counsel and judges. (ds) |
| 89/06/15 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-75 Boardman Hill v. Dallas Corporation, et al., C.D. California, C.A. No. 89-1679-TJH(GHKx) -- Notified involved judges and clerks (rh) |
| 89/06/21 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-76 William H. Pusey, et al. v. Dallas Corporation, D. Maryland, C.A. No. HAR-88-2930 -- Notified involved counsel and judges (rh) |
| 89/07/07 | | CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- D-76 William H. Pusey, et al. v. Dallas Corporation, D. Maryland, C.A. No. HAR-88-2930 -- Notified involved judges and clerks (rh) |
| 89/08/25 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-77 Francis X. Surace, et al. v. The Dallas Corp., E.D. Pa., C.A. No. 89-4882 and D-78 Francis X. Surace, et al. v. The Dallas Corp., E.D. Pa., C.A. No. 89-5573 -- Notified involved counsel and judges. (ds) |
| 89/09/12 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-77 Francis X. Surace, et al. v. The Dallas Corp., E.D. Pa., C.A. No. 89-4882 and D-78 Francis X. Surace, et al. v. The Dallas Corp., E.D. Pa., C.A. No. 89-5573 -- Notified transferee clerk, judge and transferor clerk, judge. (rew) |
| 89/09/13 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-79 Louis McCroskey, et al. v. Dallas Corporation, E.D. Tennessee, C.A. No. 3-89-477 -- Notified involved counsel and judges (rh) |
| 89/09/15 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-80 Richard Vargas v. Roadway Express Incorporated, et al., N.D. California, C.A. No. C89-3038 EFL ARB -- Notified involved counsel and judges (rh) |

p. 12

744

89/09/29        CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-79 Louis
McCroskey, et al. v. Dallas Corporation, E.D. Tennessee, C.A.
No. 3-89-477 -- Notified involved clerks and judges. (ds)

89/10/03        CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-80 **Richard Vargas**
v. Roadway Express Incorporated, et al., N.D. California,
C.A. No. C89-3038 EFL ARB -- Notified involved judges and
clerks (cds)

89/10/06        CONDITIONAL TRANSFER ORDER FILED TODAY -- D-81 **Edwin Bowman**
v. Dallas Corporation, et al., C.D. Illinois, C.A. No.
89-2266 -- Notified involved judges and counsel (cds)

89/10/23   15   NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed
by Defts. **Verl Schuft** and **Carol Schuft** in D-81 Edwin Bowman
v. Dallas Corporation, et al., C.D. Illinois, C.A. No.
89-2266 -- Notified involved counsel and judges (rh)

89/10/24        CONDITIONAL TRANSFER ORDER FILED TODAY -- D-82 **David L. Herr,**
et al. v. Dallas Corporation, etc., M.D. Florida, C.A. No.
89-505-Civ-J-16 -- Notified involved judges and counsel
(cds)

89/10/25        CONDITIONAL TRANSFER ORDER FILED TODAY -- D-83 Myron
Zawoiski, et al. v. Dallas Corporation, etc., M.D.
Pennsylvania, C.A. No. 3:CV-89-1094 -- Notified involved
counsel and judges. (ds)

89/11/06   16   MOTION TO VACATE CONDITIONAL TRANSFER ORDER, W/BRIEF --
**Defts. Verl Schuft and Carol Schuft** in D-81 Edwin Bowman v.
Dallas Corp., et al., C.D. Illinois, C.A. No. 89-2266 --
w/cert. of service (cds)

89/11/07        LETTER W/EXHIBITS (ATTACHED TO PLEADING NO. 16) -- submitted
by defts. Verl Schuft and Carol Schhuft (cds)

89/11/09        CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- **D-82 David L. Herr,**
et al. v. Dallas Corp., etc., M.D. Florida, C.A. No.
89-505-Civ-J-16 -- Notified involved judges and clerks (cds)

89/11/13        CONDITIONAL TRANSFER ORDER FINAL TODAY -- **D-83 Myron
Zawoiski,** et al. v. Dallas Corporation, etc., **M.D.
Pennsylvania, C.A. No. 3:Cv-89-1094** -- Notified involved
clerks and judges. (ds)

JPML FORM lA

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 744 -- _____ p.13

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 89/12/05 | | HEARING ORDER -- Setting opposition of plaintiff (D-81) Edwin Bowman v. Dallas Corp., et al., C.D.Cal., C.A. No. 89-2266 for hearing on Jan. 25, 1990 in Orlando, Florida. Notified involved counsel, clerks and judges. (rew) |
| 90/01/03 | 17 | LETTER/MINUTE ORDER -- remanding D-81 back to the Circuit Court of Macon County -- dtd 12/27/89 (ds) |
| 90/01/03 | | ORDER VACATING CTO AND JANUARY 25, 1990 HEARING -- D-81 Edwin Bowman v. Dallas Corporation, et al., C.D. Illinois, C.A. No. 89-2266 -- Notified involved clerk, judges and counsel (ds) |
| 90/01/12 | 18 | ORDER SUGGESTING REMAND (of 53 actions) -- filed December 18, 1989 and signed by Judge Graham (ds) |
| 90/01/12 | | CONDITIONAL REMAND ORDERS FILED TODAY -- (53 actions listed below) -- notified involved judge and counsel (ds) |

D-56  Alfredo M. Saldana, et al. v. TODCO, etc., Dallas Corporation, S.D. Ohio, C.A. No. 88-1185 (D. Arizona, C.A. No. 88-CV-1156)

D-57  Ward Casper v. TODCO, etc., Dallas Corporation, S.D. Ohio, C.A. No. 88-1187 (D. Arizona, C.A. No. 88-CV-1243)

C-35  William Oxner, et al. v. Dallas Corporation, S.D. Ohio, C.A. No. 88-727 (E.D. Arkansas, C.A. No. B-C-88-19)

C-36  Raymond McBride v. Dallas Corporation, S.D. Ohio, C.A. No. 88-725 (C.D. California, C.A. No. SACV-88-0203 JSL(RWRx))

C-37  Dale Wasson, et al. v. Dallas Corporation, S.D. Ohio, C.A. No. 88-726 (C.D. California, C.A. No. SACV-88-335 JSL(RWRX))                                                     on,

D-58  Ralph Carroll, et al. v. Dallas Corporation, etc., S.D. Ohio, C.A. No. 88-1186 (C.D. California, C.A. No. 88-3233 TJH(GHKx))

D-60  Harold Wastler v. Dallas Corporation, S.D. Ohio, C.A. No. 89-0015 (C.D. California, C.A. No. SACV-88-501 JSL(RWRx))

D-65  Gregory William Schmidt, et al. v. Dallas Corporation, S.D. Ohio, C.A. No. 89-0172 (C.D. California, C.A. No. SACV-88-523 JSL(RWRx))                                            lo,

D-66  Shelton Green, et al. v. Dallas Corporation, S.D. Ohio, C.A. No. 89-0171 (C.D. California, C.A. No. SACV-88-548 JSL(RWRx))                                                     ),

D-75  Boardman Hill v. Dallas Corporation, et al., S.D. Ohio, C.A. No. 89-0534 (C.D. California, C.A. No. 89-1679-TJH(GHKx))                                                        .o,

D-67  Benjamin Welch v. Dallas Corporation, S.D. Ohio, C.A. No. 89-485 (N.D. California, C.A. No. C-88-4795-JPV(ARB))      ',

D-80  Richard Vargas v. Roadway Express Incorporated, et al.,      o, S.D. Ohio, C.A. No. 89-855 (N.D. California, C.A. No. C89-3038 EFL ARB)                                                       ,

B-16  Robert C. Snyder, et al. v. Dallas Corporation, S.D. Ohio,

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| | D-49 | James D. Kaehn v. Joseph J. Cunha, et al., S.D. Ohio, C.A. No. C-2-88-1004 (D. Minnesota, C.A. No. 4-88-584) |
| | D-70 | Ervin Ray Gordon v. Dallas Corporation, S.D. Ohio, C.A. No. 89-463 (S.D. Mississippi, C.A. No. E89-0011(L)) |
| | D-64 | Dwight Lampley, et al. v. The Dallas Corporation, S.D. Ohio, C.A. No. 89-0151 (M.D. North Carolina, C.A. No. C-88-1153-WS) |
| | C-42 | Carmine Scura, et al. v. TODCO, d/b/a Dallas Corporation, S.D. Ohio, C.A. No. 88-0914 (D. New Jersey, C.A. No. 88-2694) |
| | C-38 | Paul J. Eavers, et al. v. The Dallas Corporation, S.D. Ohio, C.A. No. 88-816 (S.D. New York, C.A. No. 88-CV-2055) |
| | C-32 | Jerry Lee Thompson, et al. v. The Dallas Corporation, S.D. Ohio, C.A. No. 88-671 (W.D. New York, C.A. No. CIV-88-0407C) |
| | D-52 | Frank Deboth, et al. v. TODCO, Division of Dallas Corporation, etc., S.D. Ohio, C.A. No. 88-1112 (W.D. New York, C.A. No. CIV-88-0730C) |
| | D-53 | Thomas J. Alford v. TODCO, Division of Dallas Corporation, etc., S.D. Ohio, C.A. No. 88-1113 (W.D. New York, C.A. No. CIV-88-00731E) |
| | D-54 | Ray Mabey v. TODCO, Division of Dallas Corporation, etc., S.D. Ohio, C.A. No. 88-1114 (W.D. New York, C.A. No. CIV-88-729C) |
| | B-30 | Jimmy N. Arnette, et al. v. The Dallas Corporation, S.D. Ohio, C.A. No. 88-493 (N.D. Ohio, C.A. No. C87-7809) |
| | B-31 | Andrew C. Dukes, et al. v. The Dallas Corporation, S.D. Ohio, C.A. No. 88-492 (N.D. Ohio, C.A. No. C88-0513) |
| | C-33 | Ralph McAdoo, et al. v. Dallas Corporation, S.D. Ohio, C.A. No. 88-670 (N.D. Ohio, C.A. No. C88-0411) |
| | D-51 | Reece Miller, et al. v. The Dallas Corporation, S.D. Ohio, C.A. No. 88-1119 (N.D. Ohio, C.A. No. C-88-7532) |
| | D-63 | William Oxner, et al. v. The Dallas Corporation, S.D. Ohio, C.A. No. 89-0018 (N.D. Ohio, C.A. No. C-88-7606) |
| | D-26 | Larry Zink v. Dallas Corporation, S.D. Ohio, C.A. No. 88-0364 (E.D. Pennsylvania, C.A. No. 87-8318) |
| | C-34 | John H. Kuykindoll, et al. v. Overhead Door Corporation d/b/a Todco, et al., S.D. Ohio, C.A. No. 88-669 (E.D. Pennsylvania, C.A. No. 88-2952) |
| | D-62 | George Williams, et al. v. The Dallas Corporation, S.D. Ohio, C.A. No. 88-0017 (E.D. Pennsylvania, C.A. No. 88-8483) |
| | D-78 | Francis X. Surace, et al. v. The Dallas Corporation, S.D. Ohio, C.A. No. 89-853 (E.D. Pennsylvania, C.A. No. 89-5573) |
| | B-27 | Thomas E. Matincheck v. The Dallas Corporation, etc., S.D. Ohio, C.A. No. 88-0394 (M.D. Pennsylvania, C.A. No. CV-87-1722) |

JPML FORM 1A

p. 15

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 744 -- In re Dallas Corporation "Jifflox" Products Liability Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 90/01/30 | | CONDITIONAL REMAND ORDERS FINAL TODAY -- (53 actions listed below) -- Notified involved judge and clerks (rh) |
| | D-56 | Alfredo M. Saldana, et al. v. TODCO, etc., Dallas Corporation, S.D. Ohio, C.A. No. 88-1185 (D. Arizona, C.A. No. 88-CV-1156) |
| | D-57 | Ward Casper v. TODCO, etc., Dallas Corporation, S.D. Ohio, C.A. No. 88-1187 (D. Arizona, C.A. No. 88-CV-1243) |
| | C-35 | William Oxner, et al. v. Dallas Corporation, S.D. Ohio, C.A. No. 88-727 (E.D. Arkansas, C.A. No. B-C-88-19) |
| | C-36 | Raymond McBride v. Dallas Corporation, S.D. Ohio, C.A. No. 88-725 (C.D. California, C.A. No. SACV-88-0203 JSL(RWRx)) |
| | C-37 | Dale Wasson, et al. v. Dallas Corporation, S.D. Ohio, C.A. No. 88-726 (C.D. California, C.A. No. SACV-88-335 JSL(RWRX) |
| | D-58 | Ralph Carroll, et al. v. Dallas Corporation, etc., S.D. Ohio, C.A. No. 88-1186 (C.D. California, C.A. No. 88-3233 TJH(GHKx)) |
| | D-60 | Harold Wastler v. Dallas Corporation, S.D. Ohio, C.A. No. 89-0015 (C.D. California, C.A. No. SACV-88-501 JSL(RWRx)) |
| | D-65 | Gregory William Schmidt, et al. v. Dallas Corporation, S.D. Ohio, C.A. No. 89-0172 (C.D. California, C.A. No. SACV-88-523 JSL(RWRx)) |
| | D-66 | Shelton Green, et al. v. Dallas Corporation, S.D. Ohio, C.A. No. 89-0171 (C.D. California, C.A. No. SACV-88-548 JSL(RWRx)) |
| | D-75 | Boardman Hill v. Dallas Corporation, et al., S.D. Ohio, C.A. No. 89-0534 (C.D. California, C.A. No. 89-1679-TJH(GHKx)) |
| | D-67 | Benjamin Welch v. Dallas Corporation, S.D. Ohio, C.A. No. 89-485 (N.D. California, C.A. No. C-88-4795-JPV(ARB)) |
| | D-80 | Richard Vargas v. Roadway Express Incorporated, et al., S.D. Ohio, C.A. No. 89-855 (N.D. California, C.A. No. C89-3038 EFL ARB) |
| | B-16 | Robert C. Snyder, et al. v. Dallas Corporation, S.D. Ohio, C.A. No. 88-0013 (M.D. Florida, C.A. No. 87-1053-CIV-T-13B) |
| | D-59 | Marvin J. Faulk v. Dallas Corporation, S.D. Ohio, C.A. No. 88-1320 (M.D. Florida, C.A. No. 88-928-CIV-ORL-18) |
| | D-82 | David L. Herr, et al. v. Dallas Corporation, etc., S.D. Ohio, C.A. No. 89-1059 (M.D. Florida, C.A. No. 89-505-Civ-J-16) |

( over)

JPML FORM 1A

*p. 16*

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 744 -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 90/03/07 | 19 | ORDER SUGGESTING REMAND -- D-77 (see docket entry below) -- filed Feb. 28, 1990 by Judge Graham  (cds) |
| 90/03/07 |  | CONDITIONAL REMAND ORDER FILED TODAY -- D-77 Francis X. Surace, et al. v. The Dallas Corp., S.D. Ohio, C.A. No. C2-90-016 (E.D. Pa., C.A. No. 89-4882) -- Notified involved judge and counsel  (cds) |
| 90/03/23 |  | CONDITIONAL REMAND ORDER FINAL TODAY -- D-77 Francis X. Surace, et al. v. The Dallas Corp., S.D. Ohio, C.A. No. 90-0016 (E.D. Pennsylvania, C.A. No. 89-4882) -- Notified involved clerks and judge.  (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 744 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE DALLAS CORPORATION "JIFFLOX" PRODUCTS LIABILITY LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Nov. 18, 1987 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Dec. 9, 1987 | TO | unpublished | S.D. Ohio | James L. Graham | |

*Magistrate Mark Abel*

## Special Transferee Information

DATE CLOSED: 5-1-90

*469-5835*

JPML FORM 1                    LISTING OF INVOLVED ACTIONS                S.D.Ohio
                                                                         Judge James L. Graham

DOCKET NO. __744__ --   IN RE DALLAS CORPORATION "JIFFLOX" PRODUCTS LIABILITY LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Steven Daniels, et al. v. The Dallas Corporation, etc. | Ohio,S. Graham | C2-87-922 | | | 6/24/89 D | |
| A-2 | Jerry L. Miller, et al. v. TODCO Division of Dallas Corporation, et al. | Ohio, S. Graham | C2-87-417 | | | 7/14/89 D | |
| A-3 | Odell Nelson, et al. v. Dallas Corporation, etc. | Ohio,S. Holschuh | C2-87-918 | | 9/ | 7/13/89 D | |
| A-4 | Estel Salmons, et al. v. The Dallas Corporation | Ohio,S. Kinneary | C2-87-976 | | | 7/11/89 D | |
| A-5 | Kenneth Skaggs, et al. v. Overhead Door Corporation, etc. | Ohio,S. Holschuh | C2-87-917 | | | 9/15/55 D | |
| A-6 | Frederick Druckenmiller v. TODCO, Dallas Corporation, et al. | Pa.,E. Troutman | 86-6791 | 12/9/87 | 87-1794 | 3/8/88 D | |
| A-7 | Frederick Marsh v. TODCO a Division of Overhead Door Corporation, et al. | Pa.,E. Troutman | 87-1763 | 12/9/87 | 87-1495 | 7/2/88 D | |
| A-8 | Jack Friedman v. TODCO, a Dallas Corporation, et al. | Pa.,M. Kosik | 86-1124 [DO NOT COUNT] | | | 9/5/87 D | |
| A-9 | Sammy Montgomery, et al. v. Dallas Corporation | Ky.,E. Reed | 87-152 | 12/9/87 | 87-1496 | 1-30-9cG | |

DOCKET NO. 744 -- IN RE DALLAS CORPORATION "JIFFLOX" PRODUCTS LIABILITY LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | Tera Slaughter, et al. v. TODCO, Overhead Door Corporation, etc. | Ind.,S. Barker | 86-1461C | 12/9/87 | 87-1497 | 1-30-90 | |
| A-11 | Virgil Sawyers, et al. v. TODCO, a Division of Overhead Door Corporation, et al. | Ind.,S. McKinney | 86-586C | 12/9/87 | 87-1498 | 1-30-90 | |
| A-12 | Lewis Stepaniak v. TODCO, a Division of Overhead Door Corporation | Ind.,N. Kanne | H-86-0565 | 12/9/87 | 87-1499 | closed | |
| A-13 | Larry Grady Bray, et al. v. Dallas Corporation | Ga.,N. Shoob | C86-2348A | 12/9/87 | 87-1500 | closed | |
| A-14 | Willie Halpin, et al. v. Dallas Corporation | Ga.,N. Shoob | C86-2341A | 12/9/87 | 87-1501 | 1-30-90R | |
| B-15 | Richard L. Good, et al. v. Dallas Corporation, et al. 12/14/87 | Cal.,E. Ramirez | CIV-S-87-0428-RAR | 1/21/88 | 88-0127 | 10/27/89D | |
| B-16 | Robert C. Snyder, et al. v. Dallas Corporation 12/14/87 | Fla.,M. Carr | 87-1053 CIV-T-13B | 12-30-87 | 88-0013 | 1-30-90 | |
| B-17 | Randall F. Lanham v. Dallas Corporation 12/14/87 | Ill.,C. Baker | 87-2361 | 12-30-87 | 88-0014 | 1-30-90 | |
| B-18 | Willie B. Telfair, et al. v. Dallas Corporation, et al. 12/14/87 | Ind.,S. Barker | IP-87-736-C | 12-30-87 | 88-0012 | 1-30-90 | |
| B-19 | Phillip E. Lowery, et al. v. Dallas Corporation 12/14/87 | D. MD Motz | JFM-87-2454 | 12-30-87 | 88-0011 | 1-30-90R | |

DOCKET NO. __744__ -- IN RE DALLAS CORPORATION "JIFFLOX" PRODUCTS LIABILITY LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-20 | Billy R. Kitchen v. TODCO, et al. *12/14/87* | PA.,E. Troutman | 87-3418 | 12-30-87 | 88-0010 | *closed* | |
| B-21 | Robert C. Smith, et al. v. Dallas Corporation *12/14/87* | TN.,E. Jarvis | 3-87-592 | 12-30-87 | 88-0009 | 1-30-92 | |
| B-22 | James E. Shirkey v. Dallas Corporation *12-29-87* | Va.,W. Michael | 87-0220(H) | 1-13-88 | 88-0126 | 1-30-90 | |
| B-23 | Chester Setser, et al. v. Dallas Corporation, et al. *1-6-88* | IL.,S. Beatty | 87-5250 | 1-22-88 | C-2-88-0128 | 4/10/89 D | |
| B-24 | William Heer, et al. v. Dallas Corporation *1-6-88* | OH.,N. Potter | C 87-7779 | 1-22-88 | 88-0129 | 10/27/89 D | |
| B-25 | Dennis Bruscher v. Joseph J. Cunha, et al. *2/8/88* | D.Minn. Devitt | 3-87-751 | 2-24-88 | 88-0253 | 1-30-90 | |
| B-26 | Larry Zink v. Dallas Corporation *2-24-88* | E.D.Pa. O'Neill | 87-8318 | 3/10/88 | 88-0364 | 1-30-90 | |
| B-27 | Thomas E. Matincheck v. The Dallas Corp., etc. *3-11-88* | M.D.Pa. Caldwell | CV-87-1722 | 3/29/88 | 88-0394 | 1-30-90 | |
| XYZ-28 | Ollie Ralph v. The Dallas Corp. | S.D.Ohio | 88-199 ~~C-1-88-0201~~ | *reassigned to Cincinnati 5/1/90* | | | |
| XYZ-29 | Larry F. Warren, et al. v. The Dallas Corp. | S.D.Ohio | C-1-88-200 | *reassigned to O&B Cincinnati settled 12/19/90* | | | |

DOCKET NO. 744 -- In re Dallas Corporation "Jifflox" Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-30 | Jimmy N. Arnette, et al. v. The Dallas Corporation 4-4-88 | N.D.Ohio McQuade | C87-7809 | 4-20-88 | 88-493 | 1-30-90 | |
| B-31 | Andrew C. Dukes, et al. v. The Dallas Corporation 4-4-88 | N.D.Ohio Aldrich | C88-0513 | 4-20-88 | 88-492 | 1-30-90 | |
| | ~~July 1988   23   TR/9 XX 2/30 Reg.~~ | | | | | | |
| C-32 | Jerry Lee Thompson, et al. v. The Dallas Corporation 5-27-88 | W.D.N.Y. Curtin | CIV-88-0407C | 6-14-88 | 88-671 | 1-30-90 | |
| C-33 | Ralph McAdoo, et al. v. Dallas Corporation 5-27-88 | N.D.Ohio Batchelder | C88-0411 | 6-14-88 | 88-670 | 1-30-90 | |
| C-34 | John H. Kuykindoll, et al. v. Over-head Door Corp. d/b/a/ Todco, et al. | E.D. Pa. Van Antwerpen | 88-2952 | 6-14-88 | 88-669 | 1-30-90 | |
| | ~~July 5-27-88   1988 — 26   TR/1XX 2/33   Reg.~~ | | | | | | |
| C-35 | William Osner, et al. v. Dallas Corporation 6-14-88 | E.D.Ark. Eisele | B-C-88-19 | 7-6-88 | 88-727 | 1-30-90 | |
| C-36 | Raymond McBride v. Dallas Corporation 6-14-88 | C.D.Cal. Letts | SACV-88-0203 JSL(RWRx) | 7-6-88 | ~~88-725~~ | 1-30-90 | |
| C-37 | Dale Wasson, et al. v. Dallas Corporation 6-14-88 | C.D.Cal. Letts | SACV-88-335 JSL(RWRx) | 7-6-88 | 88-726 | 1-30-90 | |
| C-38 | Paul J. Eavers, et al. v. The Dallas Corporation 6-30-88 | S.D.N.Y. Mukasey | 88-CV-2055 | 7-18-88 | 88-816 | 1-30-90 | |
| C-39 | Ronald Hamm, et al. v. Joseph J. Cunha, et al. 7/13/88 | D.Minn. Devitt | CV-3-88-360 | 7-29-88 | 88-824 | 1-30-90 | |
| C-40 | Leroy T. Rippeon, et al. v. Dallas Corporation 7/18/88 | D. Md. Motz | JFM88-1204 | 8/3/88 | 88-876 | 1-30-90 | |

DOCKET NO. 744 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-41 | James Hamlet v. TODCO Division, etc. 7/28/88 | N.D.Ga. Vining | 1-88-CV-1459-RLV | 8/16/88 | 88-0883 | 1-30-90 | |
| C-42 | Carmine Scura, et al. v. TODCO, d/b/a Dallas Corporation 8/8/88 | D.N.J. Sarokin | 88-2694 | 8/24/88 | 88-0914 | 1-30-90 | |
| ✓ XYZ-43 | Lester Lee Jackson v. The Dallas Corporation | S.Ohio | C2-88-552 | XYZ- | | 10/27/89 D | |
| D-44 | Anthony Lee Huber, et al. v. Dallas Corporation 8-26-88 | S.D.Ind. Steckler | IP88-866C | 7/13/88 | C-2-88-1003 | 1-30-90 / 10/27/89 D | |
| XYZ-45 | Robert Boucher, et al. v. The Dallas Corp., et al. | S. Ohio | C-2-88-631 | | | | |
| XYZ-46 | Ronald Paugh, et al. v. Dallas Corp., etc. | S. Ohio | C-2-88-818 | | | 12/28/89 D | |
| XYX-47 | James A. Allen, et al. v. The Dallas Corp., et al. | S. Ohio | C-2-88-854 | | | 12/28/89 D | |
| XYZ-48 | Archie Dale Hall, et al. v. The Dallas Corp. | S. Ohio | C-2-88-855 | | | 12/28/89 D | |
| D-49 | James D. Kaehn v. Joseph J. Cunha, et al. 8/30/88 | D.Minn. MacLaughlin | 4-88-584 | 9/15/88 | C-2-88-1004 | 1-30-90 | |
| D-50 | Gary Schuler, et al. v. Dallas Corp. Inc., etc. 8/30/88 | D.Nev. McKibben | CV-N-88-232-HDM | 9/15/88 | C-2-88-1005 | 4/28/89 D | |
| D-51 | Reece Miller, et al. v. The Dallas Corp. 9/22/88 | N.D.Ohio McQuade | C-88-7532 | 10-11-88 | 88-1119 | 1-30-90 | |

DOCKET NO. 744 -- In re Dallas Corporation "Jifflox" Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-52 | Frank Deboth, et al. v. Todco, Division of Dallas Corp., etc. 9-29-88 | W.D.N.Y. Curtin | CIV-88-0730C | 10-17-88 | 88-1112 | 1-30-90 | |
| D-53 | Thomas J. Alford v. Todco, Division of Dallas Corp., etc. 9-29-88 | W.D.N.Y. Elfvin | CIV-88-0731E | 10-17-88 | 88-1113 | 1-30-90 | |
| D-54 | Ray Mabey v. Todco, Division of Dallas Corp., etc. 9-29-88 | W.D.N.Y. Curtin | CIV-88-729C | 10-17-88 | 88-1114 | 1-30-90 | |
| XYZ-55 | John R. Collins v. The Dallas Corp., et al. | S.D. Ohio | C2-88-962 | — | | 2/12-90 | |
| D-56 | Alfredo M. Saldana, et al. v. Todco, etc., Dallas Corporation 10/17/88 | Arizona Rosenblatt | 88-CV-1156 | 11/3/88 | 88-1185 | 1-30-90 | |
| D-57 | Ward Casper v. Todco, etc., Dallas Corporation 10/17/88 | Arizona Rosenblatt | 88-CV-1243 | 11/3/88 | 88-1187 | 1-30-90 | |
| D-58 | Ralph Carroll, et al. v. Dallas Corporation, etc. 10/17/88 | Cal.,C. Hatter | 88-3233TJH (GHKx) | 11/3/88 | 88-1186 | 1-30-90 | |
| D-59 | Marvin J. Faulk v. Dallas Corporation 11/29/88 | M.D.Fla. Sharp | 88-928-CIV-ORL-18 | 12/15/88 | 88-1320 | 1-30-90 | |
| D-60 | Harold Wastler v. Dallas Corporation 12-5-88 | C.D.Cal. Letts | SACV-88-501-JSL(RWRx) | 12/21/88 | 89-0015 | 1-30-90 | |
| D-61 | Edwin R. Davidson, et al. v. Dallas Corporation 12-8-88 | D.Md. Ramsey | R-88-2539 | 12/21/88 | 89-0016 | 1-30-90 | |
| D-62 | George Williams, et al. v. The Dallas Corporation 12/13/88 | E.D.Pa. Bechtle | 88-8483 | 12/29/88 | 89-0017 | 1-30-90 | |

JBML FORM 1 -- Continuation ⊛

Listing of Involved Actions -- p. 7

DOCKET NO. 744 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-63 | William Oxner, et al. v. The Dallas Corporation  12-19-88 | N.D.Ohio Potter | C-88-7606 | 1/4/89 | 89-0018 | 1-30-90R | |
| D-64 | Dwight Lampley, et al. v. The Dallas Corporation  1/25/89 | M.D.N.C. Tilley | C-88-1153-WS | 2/10/89 | 89-0151 | 1-30-90R | |
| D-65 | Gregory William Schmidt, et al. v. Dallas Corporation  2/6/89 | C.D.Cal. Letts | SACV-88-0523 JSL (RWRx) | 2/22/89 | 89-0172 | 1-30-90R | |
| D-66 | Shelton Green, et al. v. Dallas Corporation  2/6/89 | C.D.Cal. Letts | SACV-88-0548 JSL (RWRx) | 2/22/89 | 89-0171 | 1-30-90R | |
| D-67 | Benjamin Welch v. Dallas Corporation  2/9/89  opposed 2/23/89 | N.D.Cal. Vukasin | C-88-4795-JPV (ARB) | 5-24-79 | 89-485 | 1-30-90R | |
| D-68 | Carl Graves v. Todco, et al. 2-22-89 | N.D.Ill. Marovich | 88-C-9877 | 3-10-89 | 89-290 | 1-30-90R | |
| XYZ-69 | Ernie Lemon, et al. v. Dallas Corp. | S.Ohio | 87-1222 | — | | 7/14/89D | |
| D-70 | Ervin Ray Gordon v. Dallas Corporation  4/24/89 | S.D.Miss. Lee | E89-0011(L) | 5/10/89 | 89-463 | 1-30-90R | |
| XYZ-71 | Michael Carl v. Dallas Corp., | S.D.Ohio | 87-1552 | — | | 7/14/89D | |
| XYZ-72 | Michael Cantwell v. Dallas Corp. | S.D.Ohio | 87-1553 | — | | 7/21/89D | |
| XYZ-73 | Odell Nelson v. Dallas Corp. | S.D.Ohio | 87-1027 | — | | 2/12/90D | |
| XYZ-74 | Raymond VanHorn v. Dallas Corp. | S.D.Ohio | 89-13 | | | reassig. | |

DOCKET NO. 744 -- In re Dallas Corporation "Jifflox" Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-75 | Boardman Hill v. Dallas Corporation, et al. 5/30/89 | C.D. Cal. Hatter | 89-1679-TJH (GHKx) | 6-15-89 | C2-89-0534 | 1-30-90R | |
| D-76 | William H. Pusey, et al. v. Dallas Corporation 6-21-89 | D.Md. Hargrove | HAR-88-2930 | 7-7-89 | 89-704 | 1-30-90R | |
| D-77 | Francis X. Surace, et al. v. The Dallas Corp., 8/25/89 | E.D.Pa. Waldman | 89-4882 | 9/12/89 | 90-16 | 3/23/90 R | |
| D-78 | Francis X. Surace, et al. v. The Dallas Corp. 8/25/89 | E.D.Pa. Waldman | 89-5573 | 9/12/89 | 89-853 | 1-30-90R | |
| D-79 | Louis McCroskey, et al. v. Dallas Corp. 9-13-89 | E.D.Tenn. Jordan | 3-89-477 | 9/27/89 | 89-854 | 1-30-90R | |
| D-80 | Richard Vargas v. Roadway Express Incorporated, et al. 9-15-89 | N.D.Cal. Lynch | C89-3038 EFL ARB | 10/3/89 | 89-855 | 1-30-90R | |
| D-81 | Edwin Bowman v. Dallas Corporation, et al. 10/6/87 Closed 10.23.89 | C.D.Ill. Bowman | 89-2266 | | | | CTO + Hearing Vacated 1/3/90 |
| D-82 | David L. Herr, et al. v. Dallas Corporation, etc. 10/24/89 | M.D.Fla. Moore | 89-505-Civ-J-16 | 11/9/89 | 89-1059 | 1-30-90R | |
| D-83 | Myron Zawoiski, et al. v. Dallas Corp., etc. 10/25/89 | M.D.Pa. Conaboy | 3:CV89-1094 | 11/13/89 | 89-1060 | 1-30-90R | |

July 1990 - 7 TR/21 Dis/53 Rem/1 Reass'd/2 Pending

July 1991 - 2 Dis/ Litigation Closed

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __744__ -- __In re Dallas Corporation "Jifflox" Products Liability Litigation__

(Counsel appointed by J. Graham's order dated 3/10/88) -- Updated by Panel 3/15/89

| | |
|---|---|
| DALLAS CORPORATION F/K/A<br>  OVERHEAD DOOR CORPORATION<br>Stephen D. Winter, Esquire<br>Dykema, Gossett, Spencer, Goodnow<br>  & Trig<br>35th Floor -400 Renaissance Center<br>Detroit, Michigan  48243 | LIAISON COUNSEL FOR PLAINTIFF<br>Daniel J. Igoe, Esquire<br>513 E. Rich Street<br>Columbus, OH  43215 |
| | LEAD COUNSEL FOR PLAINTIFFS<br>LARRY & PEGGY BRAY  (A-9)<br>LARRY GRADY (A-13)<br>WILLIE & SHERMA HALPIN (A-14)<br>SAMMY & MARTHA MONTGOMERY<br>RICHARD OVERSTREET<br>ROBERT & CAROLYN SNYDER (B-16)<br>PHILLIP & JANE LOWERY  (B-19)<br>ROBERT & JANICE SMITH (B-21)<br>PAUL & GLORIA MCABEE<br>Mary A. Parker, Esquire<br>207 Third Avenue, North,<br>Third Floor<br>Nashville, TN 37201 |
| STEERING COMMITTEE FOR PLAINTIFFS<br>Gary T. LaFleur, Esquire<br>Babcock, Locher, Neilson & Mannella<br>118 East Main Street<br>Anoka, Minnesota  55303 | |
| | STEERING COMMITTEE FOR INTERVENOR<br>PLAINTIFF STEVEN DANIELS, ET AL. (A-1)<br>JERRY L. MILLER, ET AL. (A-2)<br>ODELL NELSON, ET AL. (A-3)<br>ESTEL SALMONS, ET AL. (A-4)<br>KENNETH SKAGGS, ET AL. (A-5)<br>Michael Garth Moore, Esquire<br>513 E. Rich Street, Suite 100<br>Columbus, Ohio  43215 |
| | STEERING COMMITTEE FOR INTERVENOR<br>PLAINTIFF TERA SLAUGHTER, ET AL. (A-10)<br>VIRGIL SAWYERS (A-11)<br>James B. Mitchell, Jr., Esquire<br>3035 S. Keystone Avenue<br>Indianapolis, Indiana  46237 |
| | STEERING COMMITTEE FOR INTERVENOR<br>PLAINTIFF P.I.E. NATIONWIDE, INC. (B-15)<br>Joan Ganz Hayes, Esquire<br>Mullen & Filippi<br>801 Twelfth Street #220<br>Sacramento, CA  95814 |

JPML Form 4

ATTORNEY SERVICE LIST
(REVISED 12/11/87) JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 744 -- IN RE DALLAS CORPORATION "JIFFLOX" PRODUCTS LIABILITY

LITIGATION

---

DALLAS CORPORATION F/K/A
    OVERHEAD DOOR CORPORATION
Stephen D. Winter, Esquire
Dykema, Gossett, Spencer, Goodnow
    & Trig
35th Floor -400 Renaissance Center
Detroit, Michigan  48243

STEVEN DANIELS, ET AL. (A-1)
JERRY L. MILLER, ET AL. (A-2)
ODELL NELSON, ET AL. (A-3)
ESTEL SALMONS, ET AL. (A-4)
KENNETH SKAGGS, ET AL. (A-5)
Michael Garth Moore, Esquire
141 East Livingston Avenue
Columbus, Ohio  43215

FREDERICK DRUCKENMILLER (A-6)
FREDERICK MARSH (A-7)
BILLY R. KITCHEN  (B-20)
Samuel A. Scott, Esquire
The B&B Building
546 Hamilton Street
Allentown, Pennsylvania  18101

TERA SLAUGHTER, ET AL. (A-10)
VIRGIL SAWYERS (A-11)
James B. Mitchell, Jr., Esquire
3035 S. Keystone Avenue
Indianapolis, Indiana  46237

LEWIS STEPANIAK (A-12)
Richard M. Cagen, Esquire
55 South Franklin Street
Suite 205
Valparaiso, Indiana  46383

RICHARD L. GOOD, ET AL.  B-15
Nancy Kirk, Esquire
Metrailer, Langenkamp & Kirk
1329 H Steet
Sacramento, CA  95814

LARRY & PEGGY BRAY  (A-9)
LARRY GRADY (A-13)
WILLIE & SHERMA HALPIN (A-14)
SAMMY & MARTHA MONTGOMERY ( A · 9 )
RICHARD OVERSTREET
ROBERT & CAROLYN SNYDER (B-16)
PHILLIP & JANE LOWERY  (B-19)
ROBERT & JANICE SMITH (B-21)
PAUL & GLORIA MCABEE
Mary A. Parker, Esquire
207 Third Avenue, North,
Third Floor
Nashville, Tennessee  37201

ROBERT C. SNYDER, ET AL.  B-16
William Wagner, Esquire
708 Jackson Street
Tampa, Florida  33602

Mary A. Parker, Esquire
 (previously listed, see A-9)

RANDALL F. LANHAM  B-17
William A. Young, Esquire
Young & Young
408 N. Vermilion Street
Danville, Illinois  61832

WILLIE B. TELFAIR, ET AL.  B-18
Stephen Laudig, Esquire
Post Office Box 30189
Broad Ripple Station
Indianapolis, Indiana  46230-0189

James B. Mitchell, Esquire
 (previously listed, see A-10)

PHILLIP E. LOWERY, ET AL.  B-19
Mary A. Parker, Esquire
 (previously listed, see A-9)

BILLY R. KITCHEN  B-20
Samuel A. Scott, Esquire
(previously listed, see A-6)

ROBERT C. SMITH, ET AL.  B-21
Mary A. Parker, Esquire
(previously listed, see A-9)

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2_____

DOCKET NO. __744___ -- IN RE DALLAS CORPORATION "JIFFLOX" PRODUCTS LIABILITY
                                        LITIGATION

---

P.I.E. NATIONWIDE, INC.   (B-15)
INTERVENOR PLTF.
Joan Ganz Hayes, Esquire
Mullen & Filippi
801 Twelfth Street, #220
Sacramento, CA  95814

JAMES E. SHIRKEY (B-22)
P. Donald Moses, Esq.
Timberlake, Smith, Thomas & Moses, P.C.
The Virginia Building
P.O. Box 2566
Staunton, VA  24401

Michael Garth Moore, Esq.
(same as A-1)

CHESTER SETSER, ET AL. (B-23)
Rosemary McGuire, Esquire
Brennan, Cates, Constance
201 South Illinois Street
Bellevielle, Illinois  62220

JOHN KUHNA D/B/A KUHAN PRODUCTS
(Deft   in B-23)
Glenn Jackson PHV
Louann Van Der Wiele, PHV
Dykema, Gossett, Constance
35th Floor, 400 Renaissance Center
Detroit, Michigan 48243

WILLIAM HEER, ET AL. (B-24)

  (Same as A-1 thru 5)

---

DENNIS BRUSCHER (B-25)
Gary T. LaFleur, Esq.
Babcock, Locher, Neilson &
  Mannella
118 East Main Street
Anoka, Minnnesota  55303

JOSEPH J. CUNHA (Deft. in B-25)
David R. Kelly, Esq.
Carol A. Needles, Esq.
Bowman & Brooke
600 Midwest Plaza West
801 Nicollet Mall
Minneapolis, Minnesota  55402

LARRY ZINK (B-26)
Peter N. Munsing, Esq.
Mayerson, Gerasimowicz & Munsing
Mennonite Church Road & Route 724
Spring City, Pennsylvania  19475

THOMAS E. MATINCHECK (B-27)
Stephen M. Greecher, Jr., Esq.
Hepford, Swartz, Menaker & Morgan
111 North Front Street
P.O. Box 889
Harrisburg, Pennsylvania  17101-0889

JIMMY N. ARNETTE, ET AL. (B-30)
ANDREW C. DUKES, ET AL. (B-31)
Michael Garth Moore, Esq.
511 East Rich Street
Columbus, Ohio  43215

JERRY LEE THOMPSON, ET AL. (C-32)
Timothy J. Toohey, Esq.
Toohey & O'Toole
945 Ellicott Square Building
Buffalo, New York  14203

James T. Stimler, Esq.
4301 Darrow Road
Suite 3400-B
Stow, Ohio  44224

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___3___

DOCKET NO. __744__ -- _____

---

RALPH MCADOO, ET AL. (C-33)
Michael I. Shapiro, Esquire
5333 Northfield Road
Bedford Heights, Ohio  44146

JOHN H. KUYKINDOLL, ET AL. (C-34)
Joseph Lurie, Esquire
Galfand, Berger, Senesky,
   Lurie & March
1737 Chestnut Street
12th Floor
Philadelphia, Pennsylvania  19103

WILLIAM OXNER, ET AL. (C-35)
John Wesley Hall, Jr., Esq.
523 West 3rd Street
Little Rock, Arkansas  72201

Mary A. Parker, Esq.
Mary Leech, Esq.
Parker, Allen & Leach          Lead Counsel
207 Third Avenue North
Third Floor
Nashville, Tennessee  37201

RAYMOND McBRIDE (C-36)
Ralph F. Popelar, Jr., Esq.
2119 North Main Street
Santa Ana, California  92706

DALE WASSON, ET AL. (C-37)
Ralph F. Popelar, Jr., Esq.
(Same As C-36)

PAUL J. EAVERS, ET AL. (C-38)
William E. Crain, Esq.
Greenblatt, Crain, Axelrod,
   Greenblatt & Winslow
369 Fullerton Avenue
Newburgh, New York  12550

RONALD HAMM, ET AL. (C-39)
Gary T. LaFleur, Esq.
Babcock, Locher, Neilson and Mannella
118 East Main Street
Anoka, MN  55303

JOSEPH J. CUNHA (deft. C-39)
David R. Kelly, Esq. (already listed
   see page 2)

JIFFLOX, INC.
Unable to determine address or counsel

LEROY T. RIPPEON, ET AL. (C-40)
David A. Friedman, Esq.
William F.C. Marlow, Jr., Esq.
Marlow, Peddicord & Young
404 Allegheny Avenue
Townson, MD  21204

Mary A. Parker, Esq.
207 3rd Avenue, North, 3rd Floor
Nashville, TN  37201

JAMES HAMLET (C-41)
Jack O. Morse, Esq.
Morse & Ontal
191 Cleveland Avenue
Atlanta, GA  30315

CARMINE SCURA, ET AL. (C-42)
Richard J. Levinson, Esq.
Levinson, Axelrod, Wheaton
   & Grayzel
Lincoln Plaza
2 Lincoln Highway
P.O. Box 2905
Edison, New Jersey  08818-2905

ANTHONY LEE HUBER, ET AL. (D-44)
James B. Mitchell, Esquire          Same as LC or A-10, 11
30 East Redstone Avenue
Indianapolis, Indiana  46237

JAMES D. KAEHN (D-49)
Gary T. LaFleur, Esquire          Same as LC or B-15
Babcock, Locher, Neilson & Mannella
118 East Main Street
Anoka, Minnesota  55303

JOSEPH J. CUNHA
JIFFLOX, INC. (Defts. in D-49)
John J. McDonald, Jr., Esquire
Meagher, Geer, Markham, Anderson
   Adamson, Flaskamp & Brennan
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota  55402

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___4___

DOCKET NO. __744__ -- _____

| | |
|---|---|
| Dykema Gossett, Esquire<br>Laurence D. Connor, Esquire<br>Carolyn S. Egbert, Esquire<br>35th Floor<br>400 Renaissance Ctr.<br>Detroit, Michigan  48243 | MARVIN J. FAULK (D-59)<br>J. Converse Bright, Esquire<br>Blackburn, Bright & Edwards<br>Post Office Box 579<br>Valdosta, Georgia  31603 |

GARY D. SCHULER, ET AL. (D-50)
Ernest E. Adler, Esquire
Kilpatrick, Johnston & Adler
412 N. Division Street
Carson City, Nevada  89703

HAROLD WASTLER (D-60)
Ralph F. Popelar, Jr., Esq.
Law Offices of Monica M. Jimenez
2119 North Main Street
Santa Ana, California  92706

REECE MILLER, ET AL. (D-51)
Michael Garth Moore, Esq.
(Same as Steering Committe Pltf.)

Daniel J. Igoe, Esq.
(Same as Liaison Counsel)

EDWIN R. DAVIDSON, ET AL. (D-61)
Walter E. Laake, Jr., Esq.
Joseph, Greenwalt & Laake
6404 Ivy Lane, Suite 400
Greenbelt, Maryland  20770

Mary A. Parker, Esq.
(Same As Lead Counsel in A-9)

FRANK DEBOTH, ET AL. (D-52)
THOMAS J. ALFORD (D-53)
RAY MABEY (D-54)
Paul Shatkin, Esq.
1107 Liberty Building
Buffalo, New York  14202

GEORGE WILLIAMS, ET AL. (D-62)
Peter N. Munsing, Esq.
Mayerson, Gerasimowicz & Munsing
Mennonite Church Road & Rt. 724
Spring City, Pennsylvania  19475

ALFREDO M. SALDANA (D-56)
WARD CASPER (D-57)
John R. Baker, Esq.
4625 S. Wendler Dr.
Suite 111
Tempte, AZ  85282

WILLIAM OXNER, ET AL. (D-63)
Michael Garth Moore, Esq.
(Saem As A-1)

RALPH CARROLL, ET AL. (D-58)
John H. Messing, P.C.
222 North Court Avenue
Tucson, AZ  85701

DWIGHT LAMPLEY, ET AL (D-64)
E. Thomas Maddox, Jr., Esq.
P.O. Box 297
Greensboro, North Carolina   27402

SAMMY & MARTHA MONTGOMERY (A-9)
John W. Bland, Jr., Esquire
Lewis, Bland, Preston & Birdwhistell
102 W. Dixie Avenue
Post Office Box 863
Elizabethtown, KY  42701

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____5_____

DOCKET NO. _744_____  __  In re Dallas Corporation "Jifflox" Products Liability Litigation

---

GREGORY WILLIAM SCHMIDT, ET AL. (D-65)
SHELTON GREEN, ET AL. (D-66)
Ralph F. Popelar, Jr., Esq.
Law Offices of Monica M. Jimenez
2119 North Main Street
Santa Ana, California  92706


BENJAMIN WELCH (D-67)
Abraham A. Flores, Esq.
Weltin, Van Dam &Flores       *opposed 2/20/89*
444 Market Street
Suite 930
San Francisco, California  94111


CARL GRAVES (D-68)
Mark S. Schaffner, Esq.
Potter & Schaffner
343 South Dearborn
Suite 1210
Chicago, Illinois  60604


ERVIN RAY GORDON (D-70)
Joe Clay Hamilton, Esq.
David H. Linder, Esq.
P.O. Box 2146
Meridian, Mississippi  39302-2146


BOARDMAN HILL (D-75)
Laurence M. Berlin, Esq.
Booke & Berlin
307 East University Blvd.
Tucson, Arizona  85705


WILLIAM H. PUSEY, ET AL. (D-76)
Walter E. Laake, Jr., Esq.
Joseph, Greenwald & Laake
6404 Ivy Lane, Suite 400
Greenbelt, Maryland  20770


Mary A. Parker, Esq.
(Same As Lead Counsel for pltf. A-9)


FRANCIS X. SURACE (D-77) & (D-78)
Peter N. Munsing, Esquire
Mayerson, Gerasimowicz & Munsing, P.C.
3540 Schuylkill Road
Spring City, PA  19475

---

LOUIS MCCROSKEY, ET AL. (D-79)
Mary A. Parker, Esq.
(Same As Lead Counsel For A-9)


RICHARD VARGAS (D-80)
Bernard S. Cohn, Esq.
1255 Post Street, Suite 610
San Francisco, California  94109


ROADWAY EXPRESS INCORPORATED (D-80)
Unable to Determine Counsel or Address


EDWIN BOWMAN (D-81)
Garry W. Bryan, Esq.
Ray Moss & Associates, P.C.   *opposed*
122 Warner Court
Post Office Box 655
Clinton, IL  61727-0655


VERL SCHUFT
CAROL SCHUFT (Deft. D-81)       *opposed*
Evan H. Johnson, Esq.
Armstrong, Winters, Prince,
  Featherstun & Johnson
1151-1161 Citizens Building
P.O. Box A1769
Decatur, Illinois  62525


DAVID L. HERR, ET AL. (D-82)
William A. Bald, Esq.
Dale & Bald, P.A.
2900 Independent Square
Jacksonville, FL  32202


MYRON ZAWOISKI, ET AL. (D-83)
Gene E. Goldenziel, Esquire
Needle & Goldenziel
240 Penn Avenue
Scranton, Pennsylvania  18503

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. __744__ -- _____

NOTICE OF OPPOSITION FILED 10/23/89
EDWIN BOWMAN (D-81)
Garry W. Bryan, Esq.
Ray Moss & Associates, P.C.
122 Warner Court
Post Office Box 655
Clinton, Illinois  61727-0655

VERL SCHUFT
CAROL SCHUFT (Deft. D-81)
Evan H. Johnson, Esq.
Armstrong, Winters, Prince,
Featherstun & Johnson
1151-1161 Citizens Building
P.O. Box A1769
Decatur, Illinois  62525

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 744 -- In re Dallas Corporation "Jifflox" Products Liability Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| TODCO DIVISION OF DALLAS CORPORATION, ET AL. *nota separately* | |
| DALLAS CORPORATION, f/k/a OVERHEAD DOOR CORPORATION *only w/ Off.* | D-63, D-64, D-65, D-66, D-67, D-68, D-69, D-70, D-75 D-76, D-77, D-78, D-79, D-82, D-83 |
| P.I.E. NATIONWIDE, INC Intervenor Plff. | D-13 |
| John Kuhna d/b/a Kuhan Products | B-23, |
| Joseph J. Cuahn | D-25, C-34, D-49 |
| J. Flox, Inc | C-34, D-50, D-68 |
| Roadway Express Incorporated | D-80 |
| Verl Schuft | D-81 |
| Carol Schuft | D-81 |
| | |
| | |